AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry Golden, <br> *Plaintiff* <br> v. <br> Apple Inc, Samsung Electronics USA, LG Electronics USA Inc, Qualcomm Inc, Ford Global Technologies LLC, General Motors Company, FCA US LLC, <br> *Defendant* | Civil Action No.    6:20-cv-02270-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the Court adopts the Report and Recommendation. Plaintiff's Complaint is dismissed without prejudice and without the issuance of service of process.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III

Date:   September 21, 2021                                              ROBIN L. BLUME, CLERK OF COURT

                                                                                                        s/Rob Weber
                                                                                        *Signature of Clerk or Deputy Clerk*