RECEIVED
USDC CLERK, GREENVILLE, SC

2021 OCT 13  PM 1:49

United States District Court for the _____

District of  South Carolina Greenville Division

File Number  6:20-cv-02270-JD

Larry Golden

           v.    )
                      )    Notice of Appeal
Apple Inc., Samsung Electronics USA,    )
LG Electronics USA Inc., Qualcomm    )
Inc., Ford Global Technologies LLC,
General Motors Company, FCA USA LLC

      Notice is hereby given that  Larry Golden  (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the  Fourth  Circuit (from the final judgment) (from the order (describing it)) entered in this action on the  20  day of  September , 20 21 .

(s) /s/ Larry Golden

Attorney for  ProSe Appellant

Address: 740 Woodruff Rd., #1102

Greenville, SC 29607

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2016 SCC