FILED:  May 3, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2160
(6:20-cv-02270-JD)

_____

LARRY GOLDEN, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

APPLE, INC.; SAMSUNG ELECTRONICS USA; LG ELECTRONICS USA,
INC.; QUALCOMM INC.; FORD GLOBAL TECHNOLOGIES LLC;
GENERAL MOTORS COMPANY; FCA US, LLC

      Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Harris, Judge Quattlebaum, and

Judge Heytens.

For the Court

/s/ Patricia S. Connor, Clerk