FILED: May 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2160
(6:20-cv-02270-JD)
_____

LARRY GOLDEN, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

APPLE, INC.; SAMSUNG ELECTRONICS USA; LG ELECTRONICS USA, INC.; QUALCOMM INC.; FORD GLOBAL TECHNOLOGIES LLC; GENERAL MOTORS COMPANY; FCA US, LLC

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered March 31, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                                               */s/Patricia S. Connor, Clerk*