FILED: March 31, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2160
(6:20-cv-02270-JD)

_____

LARRY GOLDEN, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

APPLE, INC.; SAMSUNG ELECTRONICS USA; LG ELECTRONICS USA, INC.; QUALCOMM INC.; FORD GLOBAL TECHNOLOGIES LLC; GENERAL MOTORS COMPANY; FCA US, LLC

      Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK